DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JOHN S. TROUP,

Appellant,

v.

GREG BURCH, KATHRYN BURCH and
HOLLY FRANDEKA,

Appellees.

_____

No. 2D2025-1168

_____

February 6, 2026

Appeal from the County Court for Pinellas County; John Carassas,
Judge.

John S. Troup, pro se.

No appearance for Appellees.


PER CURIAM.

    Affirmed.


LUCAS, C.J., and LaROSE and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.